UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 2:09-MJ-102 |
| | ) | |
| LARRY ANTHONY WADE | ) | |

## MOTION TO DISMISS

Comes now, the United States of America, by and through James R. Dedrick, United States Attorney for the Eastern District of Tennessee, and moves to dismiss the Criminal Complaint in this case.

The defendant, LARRY ANTHONY WADE, has been charged with murder in Memphis, Tennessee, in a separate incident from the charge listed in the Criminal Complaint. Therefore, the United States moves to dismiss the Criminal Complaint in this case without prejudice.

                                            JAMES R. DEDRICK
                                            United States Attorney

                By:    *s/ Robert M. Reeves*
                         ROBERT M. REEVES    BPR: 011110
                         Assistant U.S. Attorney
                         220 West Depot Street, Ste. 423
                         Greeneville, TN 37743
                         423/639-6759 xt. 114

CERTIFICATE OF SERVICE

      I hereby certify that on June 30, 2010 a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

      By:   *s/ Robert M. Reeves*
              ROBERT M. REEVES
              Assistant U.S. Attorney